UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DEREK JAMES, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) Case No. 4:06CV979 RWS |
|  | ) TCM |
| DAVE DORMIRE, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion to vacate the referral of this matter to Magistrate Judge Thomas C. Mummert, III because petitioner did not consent to the referral. The motion will be denied because petitioner's consent is not required for a referral to a magistrate judge for a report and recommendation on dispositive matters and for rulings on non-dispositive matters under 28 U.S.C. § 636(b)(1).

Accordingly,

**IT IS HEREBY ORDERED** that the motion to vacate referral [#51] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of May, 2008.