UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK Q. JAMES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case number 4:06cv0979 RWS |
| | ) | TCM |
| DAVE DORMIRE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This Court earlier denied a motion of petitioner, Derek James, for leave to file supplemental exhibits on the grounds that the listed exhibits were not attached. In a subsequent motion, Petitioner requests that the Clerk of Court send him a copy of that motion, docketed as number 60. This request is **GRANTED**. [Doc. 63] The Clerk is directed to send to Petitioner a paper copy of the motion that is docket number 60.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  16th  day of March, 2009.