UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEREK JAMES | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:06CV979 RWS |
| DAVE DORMIRE, | ) ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's "request for judgment." On September 1, 2009, this Court denied petitioner's §2254 habeas case. The Eighth Circuit Court of Appeals denied petitioner's application for certificate of appealability and dismissed his appeal on February 10, 2010. Because petitioner's request for judgment presents no basis upon which to grant relief, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's request for judgment [#97] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2011.